UNITED STATES DISTRICT COURT
Eastern District of California
650 Capitol Mall
Sacramento, CA  95814

VICTORIA  MINOR
Clerk

                                              Reply To:
Divisional Office
2500 Tulare Street, Room 1501
Fresno, CA  93721
Alice Timken - (559) 499-5625

May 24, 2007

Jamar Evans
P.O. Box 25
Atwater, CA 95301

                   Re:  1:07-cv-126-OWW-DLB
                        Jamar Evans v. Atwater Police Department

Counsel:

     You are directed to appear on Friday, June 22, 2007  at 8:45 a.m. to show cause why the plaintiff did not file a joint scheduling conference report and for failing to comply with the Order Setting Mandatory Scheduling Conference which was issued in this matter.

     Any response to this notice shall be filed seven days prior to the hearing.


                             Sincerely,

                             VICTORIA MINOR, Clerk


                             By
                                  Alice Timken
                                  Courtroom Clerk to Judge Wanger