# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR EVANS, | 1:07cv0126 DLB |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AS MOOT |
| v. | (Documents 22, 23) |
| ATWATER POLICE DEPARTMENT, | |
| Defendant. | |

Plaintiff Jamar Evans ("Plaintiff") is proceeding pro se in this action pursuant to 42 U.S.C. § 1983.

On October 23, 2007, Plaintiff noticed a motion to compel responses to discovery. He filed a memorandum of points and authorities in support of his motion on November 8, 2007, arguing that Defendant failed to respond to his discovery requests. The motion is set for hearing on December 14, 2007.

The evidence before the Court, however, shows that Defendant has provided Plaintiff with responses and objections to discovery. Responses and objections were initially served on September 12, 2007. Declaration of Kenneth R. Hedberg, ¶ 3. On November 16, 2007, after receiving notice of Plaintiff's motion to compel, Defendant sent Plaintiff a correspondence enclosing a second copy of the responses and objections. Declaration of Kenneth R. Hedberg, ¶ 10.

1  As Plaintiff's motion was based on a complete failure to respond, his motion is therefore
2  DENIED AS MOOT.  Defendant's request for sanctions is DENIED.  The hearing on December
3  14, 2007, is taken off calendar.  Should Plaintiff wish to challenge the *sufficiency* of the
4  responses, he may do so in a new motion.  See Local Rule 37-251.
5  IT IS SO ORDERED.
6  Dated:   **December 10, 2007**                              **/s/ Dennis L. Beck**
                                                                                  UNITED STATES MAGISTRATE JUDGE