# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR EVANS, | ) 1:07cv0126 DLB |
| Plaintiff, | ) ORDER DENYING PLAINTIFF'S ) "CIVIL MOTION" |
| v. | ) (Document 38) |
| ATWATER POLICE DEPARTMENT, | ) |
| Defendant. | ) |

Plaintiff Jamar Evans ("Plaintiff") is proceeding pro se in this action pursuant to 42 U.S.C. § 1983. On February 2, 2008, he filed a "Civil Motion" in which he appears to contest this Court's January 11, 2008, minute order denying his discovery motions. He argues that Defendants' January 8, 2008, opposition was late and requests that the Court grant his motions and award sanctions.

Plaintiff is not entitled to relief and his motion is therefore DENIED. The Court denied Plaintiff's motions without prejudice because he failed to appear at the January 11, 2008, hearing and because he failed to meet and confer pursuant to Local Rule 37-251. Nothing in Plaintiff's "Civil Motion" or declaration requires that this result be changed.

IT IS SO ORDERED.

Dated: **February 5, 2008**          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

1