# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMAR EVANS, | ) | 1:07cv0126 DLB |
| | ) | |
| Plaintiff, | ) ) ) | ORDER STRIKING NOTICE OF AMENDED COMPLAINT (Document 44) |
| v. | ) | |
| ATWATER POLICE DEPARTMENT, | ) ) ) | ORDER DIRECTING CLERK OF COURT TO RETURN LODGED AMENDED COMPLAINT TO PLAINTIFF |
| | ) ) | |
| Defendant. | ) ) | |

Plaintiff Jamar Evans ("Plaintiff") is proceeding pro se in this action pursuant to 42 U.S.C. § 1983. Defendant's motion for summary judgment, filed on February 4, 2008, is currently set for hearing on March 24, 2008, before the Honorable Oliver W. Wanger.

On February 15, 2008, Plaintiff filed a notice of amended complaint, purporting to file an amended complaint. However, Plaintiff may not file an amended complaint because (1) he has not obtained leave of court pursuant to Federal Rule of Civil Procedure 15(a); (2) the non-dispositive motion filing deadline set forth in the June 27, 2007, Scheduling Conference Order has passed and Plaintiff has not moved to amend the order; and (3) Defendant's motion for summary judgment is pending.

Accordingly, because Plaintiff does not have leave of court to file an amended complaint, his notice of amended complaint is STRICKEN. The Clerk of Court is ORDERED to return Plaintiff's amended complaint, lodged on February 15, 2008, with service of this order.

IT IS SO ORDERED.

**Dated:** **March 7, 2008**          /s/ **Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE