Kenneth R. Hedberg, Esq.  Bar No. 209310
HAKEEM, ELLIS & MARENGO
A Professional Law Corporation
3414 Brookside Road, Suite 100
Stockton, California  95219
Telephone:   (209) 474-2800
Facsimile:   (209) 474-3654

Attorneys for Defendant, CITY OF ATWATER
(sued erroneously herein as ATWATER POLICE DEPARTMENT)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JAMAR EVANS,<br><br>            Plaintiff,<br><br>vs.<br><br>ATWATER POLICE DEPARTMENT.<br><br>            Defendants.<br>_____ | Case No:   l:07-CV-00126-OWW<br>(Complaint filed: December 1, 2006)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

Defendant, Atwater Police Department (the City of Atwater erroneous sued herein as the Atwater Police Department), as the sole defendant, moves for summary judgment on the following grounds:  (1) plaintiff has failed to state a cognizable federal claim against the defendant on any theory or claim; and, (2) plaintiff's state law claims, if any, are barred by his failure to comply with the California Government Claims Act.  Defendant's moving papers were timely filed and served on February 4, 2008.

Defendants' motion was noticed for hearing at 10:00 a.m. on March 10, 2008.  The hearing on the motion was continued twice on the court's motions.

/ / /

-1-

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff in pro per, Jamar Evans, did not file a written opposition to defendant's motion for summary judgment.

On April 7, 2008, at 10:00 a.m., defendant's motion came on regularly for hearing. Counsel for the defendant appeared in court for the hearing. Plaintiff was allowed to appear telephonically, although he failed to comply with the Local Rules of Practice for the telephonic appearance.

During the April 7, 2008, hearing on defendant's motion for summary judgment, plaintiff was permitted to present oral argument in opposition to the motion; notwithstanding, plaintiff's failure to timely oppose the motion. See Rule 78-230(c), Local Rules of Practice: "No party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party."

Plaintiff argued that the federal court lacks jurisdiction to hear his Section 1983 action. Plaintiff relied on California Government Code § 945.3. Because the criminal case against him did not terminate in his favor until after plaintiff filed this action, plaintiff contends that Section 945.3 precluded him from bringing this action until then.

Plaintiff's argument that the federal court lacks jurisdiction based upon California Government Code Section 945.3, or that this Section precluded plaintiff from initiating his action to recover damages under 42 U.S.C. §1983 until the criminal action against him terminated, is without merit.

On April 8, 2008, the court issued and served its Memorandum Decision Granting Defendant's Motion For Summary Judgment (designated court docket #41). The Memorandum Decision Granting Defendant's Motion For Summary Judgment is incorporated by reference as if fully set forth herein.

As established by the moving papers, evidence, and oral argument, the undisputed material facts negate any cognizable federal claims against the defendant. The plaintiff has also failed to establish a genuine issue of disputed fact as to any federal claims. Accordingly, as set forth in the Memorandum Decision Granting Defendant's Motion For Summary Judgment, defendant is entitled to judgment as a matter of law.

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

1  Based on the forgoing, IT IS HEREBY ORDERED that defendant's motion for summary
2  judgment is GRANTED, and defendant is entitled to judgment as a matter of law, as to all claims set
3  forth in plaintiff's complaint.
4  IT IS SO ORDERED.
5  Dated: April 22, 2008

/s/ OLIVER W. WANGER
Honorable Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

-3-

ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, CASE NO 1:07-CV-00126-OWW

PDF created with pdfFactory trial version www.pdffactory.com