Kenneth R. Hedberg, Esq.  Bar No. 209310
HAKEEM, ELLIS & MARENGO
A Professional Law Corporation
3414 Brookside Road, Suite 100
Stockton, California  95219
Telephone:	(209) 474-2800
Facsimile:	(209) 474-3654

Attorneys for Defendant, CITY OF ATWATER
(sued erroneously herein as ATWATER POLICE DEPARTMENT)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JAMAR EVANS,<br><br>          Plaintiff,<br><br>vs.<br><br>ATWATER POLICE DEPARTMENT.<br><br>          Defendants.<br>_____ | Case No:   l:07-CV-00126-OWW<br>(Complaint filed: December 1, 2006)<br><br>JUDGMENT |

   This action came on regularly for hearing before the Honorable Oliver W. Wanger, United States District Judge presiding, on the motion for summary judgment of defendant, Atwater Police Department.  The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered by the court on April 8, 2008.

   IT IS ORDERED AND ADJUDGED that plaintiff, Jamar Evans shall take nothing, that the entire action shall be dismissed with prejudice on the merits and that defendant, Atwater Police Department, shall recover its costs.

   Dated: April 22, 2008

                                        /s/ OLIVER W. WANGER
                                        Honorable Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

-1-

JUDGMENT, CASE NO l:07-CV-00126-OWW

PDF created with pdfFactory trial version www.pdffactory.com